AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Namow, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 6156**

**JUDGE PRESKA**

TO: (Name and address of defendant)

Namow, Inc.
84-22 Grand Avenue
Elmhurst, New York 11373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK          CLERK

(BY) DEPUTY CLERK

JUL - 2 2007
DATE

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index # 07 CIV. 6156  
State of New York     U. S. District Court     Southern New York County  
Purchased/Filed: July 2, 2007

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds, etc.     Plaintiff

against

Namow, Inc.     Defendant

STATE OF NEW YORK   )  
COUNTY OF FULTON    ) SS  
CITY OF GLOVERSVILLE )

Gerald Skinner, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on September 11, 2007, at 8:07AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case and Complaint, on Namow, Inc. Defendant in this action, by delivering to and leaving with Donna Christie AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; that said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 35   Approx. weight: 160   Approx. Ht.: 5'6"  
Sex: Female   Color of skin: White   Color of hair: Blonde   Other:

Sworn to before me on this 11th day of September, 2007

*Tammy Skinner*  
TAMMY SKINNER  
NOTARY PUBLIC, State of New York  
01SK6024054  
May, 03 2011

*Gerald Skinner*  
Gerald Skinner

Invoice•Work Order # 062261

U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705