EXHIBIT "E"

## HOURS EXPENDED BY COUNSEL

7/1/07
    JMS   Drafted, revised and finalized Summons and Complaint to compel audit; Prepared civil cover sheet and Rule 7.1 Statement to be filed with court    2.5 hours

9/17/07
    JMS   Prepared Summons and Proof of Service with Cover letter to Clerk for filing of same    0.25 hours

10/15/07
    JMS   Prepared Default Judgment Motion for filing and service on Defendant    3.0 hours

Total:    5.75 hours