UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and       **CLERK'S CERTIFICATE**
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY              07-CIV-6156 (LAP)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                          Plaintiffs,

        -against-

NAMOW, INC.,

                          Defendant.
------------------------------------------------------------------X

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 2, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on the Defendant NAMOW, INC. on September 11, 2007, by a Process Server, personal service on Donna Christie, an Authorized Agent in the Office of the Secretary of State of the State of New York, and proof of service was filed on September 17, 2007 via the ECF System.

I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
       October 19, 2007

                                        J. MICHAEL McMAHON
                                        Clerk of the Court

                                By: _____
                                        Deputy Clerk