UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**REQUEST TO**
**CLERK FOR**
<u>**ENTRY OF DEFAULT**</u>

07-CIV-6156 (LAP)

Plaintiffs,

-against-

NAMOW, INC.,

Defendant.
-------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
      Court for the Southern District of New York

Please enter the default of Defendant NAMOW, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on October 15, 2007.

Dated: Hastings-on-Hudson, New York
       October 15, 2007

                                    BRADY McGUIRE & STEINBERG, P.C.

                                    By: _____
                                        James M. Steinberg (JS-3515)
                                        Attorneys for Plaintiffs
                                        603 Warburton Avenue
                                        Hastings-on-Hudson, New York 10706
                                        (914) 478-4293

TO:   NAMOW, INC.
      84-22 Grand Avenue
      Elmhurst, New York 11373