UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY         07-CIV-6156 (LAP)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                   Plaintiffs,

     -against-

NAMOW, INC.,

                                   Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on October 19, 2007, I served *via* United Parcel Service next day delivery, the entity whose address appears below, with a copy of the enclosed Order to Show Cause with Application for Default Judgment:

                             Namow, Inc.
                         84-22 Grand Avenue
                      Elmhurst, New York 11373

                           James M. Steinberg, Esq.