# BRADY McGUIRE & STEINBERG, P.C.
### ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-1293
TELECOPY NO (914) 478-4142
EMAIL bms.law@verizon.net
Direct EMAIL james.steinberg4@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

*ADMITTED IN NEW YORK AND NEW JERSEY

ROBERT D. BRADY
OF COUNSEL

November 8, 2007

Via Facsimile Only

The Honorable Loretta A. Preska
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/13/07]

Attn: Mr. Thomas White

Re:  The Annuity, Welfare and Apprenticeship Skill Improvement & Safety
     Funds of I.U.O.E. Local 15 et al. v. Namow, Inc.
     Civil Case No. 07-CIV-6156 (LAP)

Dear Judge Preska:

Our office represents the Plaintiffs in the above-captioned matter which has an Order to Show Cause returnable before Your Honor, tomorrow, November 9th at 9:00 a.m. At this time we are pleased to advise Your Honor that upon being served with the Order to Show Cause and accompanying documentation, we were contacted by a corporate representative for the Defendant who agreed to schedule the payroll audit requested in the underlying motion. The audit is now scheduled for November 26, 2007. Since the audit is now scheduled, we are respectfully advising the Court that the Plaintiffs are withdrawing the Order to Show Cause for a Default Judgment and suggest that the matter be scheduled for an initial conference in mid-December. I have contacted the corporate representative and advised him that it would be in the best interest of the Defendant to have an attorney appear on its behalf at the conference.

Thank you for your attention to this matter.

*[Handwritten: Counsel shall appear for a conference on December 13 at 9:30 in courtroom 12A.]*

Respectfully submitted,

James M. Steinberg (JS 3515)

SO ORDERED

*[Signature: Loretta A. Preska]*
UNITED STATES DISTRICT JUDGE

*[Handwritten: November 9, 2007]*

Cc: Mr. Kenneth Eisenberg (Namow, Inc.)
    Mr. Patrick J. Keenan