USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**ORDER OF DISCONTINUANCE**

07-CIV-6156 (LAP)

Plaintiffs,

-against-

NAMOW, INC.,

Defendant.
-----------------------------------------------------------X

Preska, J.

It having been reported to the Court that the above-entitled action has been settled by the parties, it is

ORDERED that the action is hereby discontinued with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, *and the December 13 conference is cancelled.*

SO ORDERED.

Dated: New York, New York
       December 5, 2007

_____
**Loretta A. Preska**
**United States District Judge**

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.